IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 FEB -2 P 2: 13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-CR-41-MEF |
| | ) | [18 U.S.C. 1027] |
| | ) | [18 U.S.C. 2] |
| JUDY ANN BANKS SIMS | ) | |
| | ) | **INFORMATION** |

The United States Attorney charges:

On or about October 13, 2001, in Tallapoosa County, in the Middle District of Alabama, and elsewhere, in an Internal Revenue Service Form 5500 for the year 2000, a document required by title I of the Employee Retirement Income Security Act of 1974 ("ERISA") to be published and kept as part of the records of the Professional Employee Leasing, Inc. Money Purchase Pension Plan (the "Plan"), an employee pension benefit plan, the defendant

JUDY ANN BANKS SIMS

did make and cause to be made false statements and representations of fact, knowing the same to be false, and did knowingly conceal, cover up and fail to disclose facts, the disclosure of which was required by ERISA and which were necessary to verify, explain, clarify and check for accuracy and completeness the Plan's Form 5500. Specifically, SIMS knowingly caused the Form 5500 to materially overstate the assets of the Plan.

All in violation of Title 18, United States Code, Sections 1027 and 2.

_____
LEURA GARRETT CANARY
United States Attorney

_____
Andrew O. Schiff
Assistant U.S. Attorney