IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06cr41-MEF |
| | ) | |
| JUDY ANN BANKS SIMS | ) | |

## **ORDER**

The defendant, JUDY ANN BANKS SIMS, has indicated to the court that she wishes to enter a consent plea. Therefore, it is

ORDERED that the defendant, JUDY ANN BANKS SIMS, appear with counsel before the undersigned Magistrate Judge on February 9, 2006 at 9:00 a.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 3rd day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE