# United States District Court

**MIDDLE** DISTRICT OF **ALABAMA**

UNITED STATES OF AMERICA

v.

JUDY ANN BANKS SIMS

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06CR41-MEF

I, __Judy Ann Banks Sims__, the above named defendant, who is accused of

VIOLATION OF TITLE 18 USC § 1027,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2-9-06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_Defendant_ (signature)

_Counsel for Defendant_ (signature)

Before _(signature)_
_Judicial Officer_