| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: February 9, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 9:07 - 9:28** |
| | **COURT REPORTER: Michell Reisner** |

☐ **ARRAIGNMENT**         ☐ **CHANGE OF PLEA**         √ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker         **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:06cr41-MEF                        **DEFENDANT NAME:** Judy Ann Banks Sims
**AUSA:** Andrew Schiff                              **DEFENDANT ATTORNEY:** George Beck

Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** RonThweatt
Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
√ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☐ Not Guilty
         √ Guilty as to:
              √ Count(s): 1 of the Felony Information
              ☐ Count(s):         ☐ dismissed on oral motion of USA
                                  ☐ dismissed at sentencing
√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Felony Information
☐ **CRIMINAL TERM:**          ☐ WAIVER OF SPEEDY TRIAL filed.
              **DISCOVERY DISCLOSURE DATE:**
√ Bond ($25,000.00 non-surety) and Conditions of Release executed. Deft advised of conditions of release
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
         ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
         ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
              ☐ Defendant requests time to secure new counsel