IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                         ) | CR. NO. <u>3:06cr41-MEF</u> |
| ) | |
| JUDY ANN BANKS SIMS        ) | |

## MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1.　Sentencing for the above referenced defendant is presently scheduled for June 19, 2006, before the Honorable Mark E. Fuller.

2.　The Government has been advised by the Probation Office that they will be unable to complete the presentence report in time for the currently scheduled sentencing; the probation officer believes the report would be completed in time for the sentencing to be held on August 17, 2006.

Based upon the above, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 6th day of June, 2006.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/Andrew O. Schiff
> ANDREW O. SCHIFF
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334)223-7280
> Fax: (334)223-7135
> E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 3:06cr41-MEF |
| | ) |
| JUDY ANN BANKS SIMS | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

George L. Beck, Jr., Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov