IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-041-MEF |
| | ) | |
| JUDY ANN BANKS SIMS | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Continue Sentencing (Doc. #11) filed on June 6, 2006, it is hereby

ORDERED that the motion is GRANTED.  The sentencing hearing set for June 19, 2006 is continued to August 17, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 7th day of June, 2006.

                                                 /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE