# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   10/18/06          AT:   9:15 a.m.
DATE COMPLETED:   10/18/06          AT:   10:20 a.m.

UNITED STATES OF AMERICA       §
                               §
vs.                            §   CR. NO. 3:06CR41-MEF
                               §
JUDY ANN BANKS SIMS            §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Andrew O. Schiff | | George L. Beck, Jr. |

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter          Terrence N. Marshall, USPO
Josh Shapiro, Law Clerk                Scott Wright, USPO
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X )  **Status Conference/Sentencing**

9:15 a.m.-10:15 a.m.- Court holds conference with counsel in robing room prior to sentencing off the record.
10:15 a.m. - Court convenes.
After discussions with the Court, defense counsel asks that the Court continue this sentencing hearing until after the first of the year. Government has no opposition to this continuance.
Court will continue defendant's sentencing and reset it for Wednesday, March 21, 2007. By Friday, February 2, 2007, all objections and submissions will be made to the Court.
10:20 a.m. - Court is in recess.