IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-41-MEF |
| | ) | |
| JUDY ANN BANKS SIMS | ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing hearing in this case is continued to March 14, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that any objections or further submissions to be added to the October 10, 2006 revised presentence report shall be filed no later than February 2, 2007.

DONE this 19th of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE