# Auburn Urgent Care
### Zenon Bednarski, M.D. ♦ Keith Bufford, Jr. M.D. ♦ Edvin J Larson, M.D.

February 2, 2007

Honorable Judge Mark Fuller
United States District Judge

    IN RE: Judy Banks Sims

Dear Judge Fuller:

    I wrote you previously concerning Judy Sims and I write you again as her dear friend and primary care physician. She is a wonderful mother, wife, and caregiver to her entire family, but especially to her husband, Lee. Judy is the finest, most caring person I have had the privilege of calling a friend. I have to mention that she had her first grandchild, Thomas Banks Sims, on December 11th and is ecstatic over being a grandmother. If she should be incarcerated, she would miss a time in her life and his that could never be replaced for either of them.

    I am afraid that if she is sent to prison, her husband would suffer severe consequences from his multiple medical problems. She has already in recent years rescued him from death by being at his side when he has collapsed and fallen.

    Lee suffers from coronary artery disease and underwent quadruple bypass surgery in 1998. Since then he has collapsed several times from sudden episodes of tachycardia with heart rates in excess of 200 beats per minute and had to be rushed to the hospital in the night. On another occasion Judy summoned me when he collapsed at home from a fall in blood pressure. The ambulance arrived at his home about the same time as I did and he was rushed to the hospital with his blood pressure at 70/40.

    As a result of his cardiac arrhythmia he has to be on coumadin, a potent anticoagulant medication, to prevent clots but also renders a grave risk of hemorrhaging when he collapses and falls. He is prone to falls due to poor balance and left foot drop caused by secondary nerve damage to his left leg during back surgery. This adds greatly to his risk of hemorrhage as a result of being on coumadin. A recent fall down some steps resulted in severe muscle hemorrhages,



EXHIBIT A

1650 A. South College Street
Auburn, Alabama 36832
Ph: 334-821-3221
Fax: 334-821-1389

1456 Opelika Road
Auburn, Alabama 36830
Ph: 334-826-8950
Fax: 334-826-1144

but fortunately he did not strike his head which could have resulted in brain hemorrhage.

Lee's other brittle medical conditions include diabetes mellitus. Judy attends to the monitoring of his blood sugars which fluctuate greatly and prepares his diabetic diet.

Judy has great intuition about Lee's condition and is able to respond quickly when he is in medical distress and often senses it before he does. In my opinion, Lee will be at risk of suffering serious medical catastrophes if Judy is sent to prison.

Obviously, I am very close to the Sims family and consider Judy to be one of my very best friends. Her incarceration would be a great loss to my family; however, that has not influenced my medical opinions stated in this letter. As corroboration, this letter will be followed by letters from Lee's cardiologists and copies of his medical records. If I can answer any further questions, testify at her hearing, or contribute in any other way, please contact me at any time.

Sincerely yours,

Edvin J. Larson, M.D.