


# JIMMY ABBETT
## Sheriff

Tallapoosa County Sheriff's Department
316 Industrial Park Drive
Dadeville, Alabama 36853
(256) 825-4264 • FAX (256) 825-1012

February 1, 2006

Honorable Judge Mark Fuller
United States District Judge
Middle District of Alabama
Montgomery, Alabama

Dear Honorable Judge Fuller:

I am respectfully submitting this letter to you for consideration of probation for Judy Sims. I have had the opportunity of knowing Judy Sims and her husband Lee for many years. I have known both Judy and Lee's family for many years and also attend the same high school with both of them. For the past 15 years we have lived in the same neighborhood in Dadeville, Alabama.

During the many years that I have known the Sims' they have demonstrated good character in the community and have been involved in many activities for the betterment of our community. They have been an asset to our community.

I have been involved with Judy on many occasions not only in my professional capacity, but as a friend and she has always been trustworthy.

I have been in law enforcement for 37 years, serving with the Alabama Department of Public Safety for 25 years and Sheriff of Tallapoosa County for the past 12 years. I am very familiar with those who are not a candidate for probation and those that are not a candidate. I feel that Judy Sims would be a good candidate for consideration for probation.

Your consideration in this matter will be deeply appreciated.

Sincerely,

Jimmy Abbett
Sheriff

