# THE CITY of DADEVILLE

216 South Broadnax Street
Dadeville, Alabama 36853
**Joe L. Smith, Mayor**
(256) 825-9242
Antionette Slay, City Clerk   Daine Sharpe, Attorney

Councilpersons
**Patricia Potts**
Sewer Dept.
**Charles Hunt**
Street Dept.
**Brenda Sturdivant**
Water Dept.

Councilpersons
**Randy Foster**
Parks & Recreation
**Mike Richardson**
Fire Dept. & Cemetery
**Joe L. Smith**
Police Dept. & Finance

February 1, 2007

Honorable Judge Mark Fuller
United States Courthouse
Montgomery, Alabama

   IN RE: Judy Banks Sims

Dear Judge Fuller:

   After serving as mayor of Dadeville for ten years, I was elected as sheriff of Tallapoosa County and served for twelve years. Following my time as sheriff, I was reelected mayor of Dadeville in 1996 and continue to serve in that position. I live just outside of Dadeville on property that adjoins the Sims and have for many years. Our children played together when small, hunted together as they got older, and now both Judy's sons are my neighbors.

   The Sims' family is some of the finest people I have ever known. I don't know of anything ever that would be any blemish on their family name. Whatever happened to put Judy in this position must have happened when she was distracted by problems going on in her life. I am aware of how much she went through trying to care for both their mothers and for Lee who was having heart surgery and back surgery. My wife had both those things happen to her around the same time and was left with a 'foot drop' like Lee has, so I personally know what she has had to deal with as a spouse of someone in pain and with medical problems and to work fulltime. As mayor and sheriff for all of Judy's adult life, I would know if she had any bad habits or had ever committed a crime and I don't know either.

   My main contact with Judy in my capacity as mayor and sheriff is with her coming to me or to the jail to try to get my assistance for some of the many people she 'adopts' and tries to help. Judy does not know the meaning of prejudice or color. She sees and treats everybody the same and has helped many black people in this town to get their lives back together. People that I have locked up for public drunkenness or traffic charges are no longer a problem for me to deal with largely from Judy's help.



As mayor of Dadeville, we as a town are very grateful to the Sims family for the fact that Trey and Will have chosen to open their business here in their hometown. It has been good for our city to have Wickles Pickles here and we have become known all over the country because of them.

Thank you in advance for reading this letter and I hope that you will give it some consideration. I know that Judy's family, their businesses, their friends, and the city of Dadeville need her here.

Yours truly,

*Joe L. Smith*

Joe L. Smith