January 24, 2007

Honorable Mark Fuller
United States Courthouse

    IN RE: Judy Banks Sims

Dear Judge Fuller:

    My name is Authur Goodman. Lee Sims is my lawyer. I am having Pam type this for me because my writing is not so good. That is how I know Judy Banks Sims. She is always in the office and always takes time to help me. I have had a bad injury and five surgeries on my knee and have been unable to work for three years now. All that time she has bought groceries for me and she gives me cash to hire someone to take me to the doctor and has even paid for me to stay at the motel in Dadeville when I could not stay with friends or with my family. None of friends or my family has done as much to help me as she has. I hope that someday I can pay her back

    I am about to be having an income again. Mrs. Sims has already talked to someone at the bank. I have never had a bank account and I am getting one with her so no one can take advantage of me having to go around with cash. She is going with me to apply for an apartment so I have a good place to live. She says that I drink too much and she is getting me into AA. I am going to do what she says because I trust her.

    She is the best person I know and nobody has ever been as good to me as she is. I can't believe she could go to prison. I will feel lost if she is not here to help me. She is like a mother to me. I will come to court if you need me to.

Arthur Goodman



EXHIBIT E