

**E. PAUL JONES**
ATTORNEY AT LAW
218 MADISON STREET
REPLY TO: POST OFFICE BOX 448
ALEXANDER CITY, ALABAMA 35011-0448

E. PAUL JONES

February 2, 2007

(256) 329-8493
FAX (256) 234-7187

Honorable Mark Fuller
United States District Judge
Montgomery, Alabama

Judge Fuller:

    I have practiced law in Alexander City for over thirty years, served for over twenty years as the Tallapoosa County Attorney, and currently serve as District Attorney in this area.

    For a time during my practice, Lee Sims of Dadeville was a partner in my law office.

    I have known Judy Sims for more that thirty years, and was shocked that she had been charged with ANY criminal activity. I have known Judy both personally and professionally, and had never seen any indication that Judy was other than a loving mother, wife, and business supporter of her husband. I know that Judy was very active in her church, in civic organizations in the community, and that she appeared to lead an exemplary life in Dadeville, Alabama.

    Judge, I know nothing about the charges against Judy, nor about the stage of development the case has reached. I do believe however, that if there is a program or some disposition that can give credit for the kind of person someone has been prior to this event, then Judy is a most deserving person to have such consideration. As a prosecutor, I firmly believe Judy is the kind of person who would never again be involved in any manner with the criminal justice system.

    Thank you for your consideration.

Sincerely,

E. Paul Jones

EXHIBIT
F