**WILLIAM B. PONDER**
**3295 Highway 49 South**
**Dadeville, Alabama 36853**

February 1, 2007

Honorable Judge Mark Fuller
Federal Courthouse
Montgomery, Alabama

IN RE:  Judy Banks Sims

Dear Judge Fuller:

I grew up in Dadeville, attended school here, and graduated from Auburn University in pharmacy. I am now retired and spend much of my time in community activities. My family has lived in this community since 1820. Judy Sims has been my friend for forty years and I have known her family and Lee's family all my life. She has always been an outstanding member of the community and has always generously given of herself to people in need.

Judy was a founding member of the Magic Crescent Theater and served on the board as well as decorating sets, selling tickets, and any other job needed. She is also a member of the Tallapoosa County Historical Society and has been instrumental in renovation of our historical museum which opened in October of 2006.

Judy graciously agreed to participate in the Historical Home Tour this past Christmas. She committed to this prior to her hearing in your court in October and, despite her personal problems, welcomed over four hundred people into her beautiful home. The Historical Society depends upon the funds from this event to operate and Judy's home was the main reason that we were able to raise the funds needed.

Judy and Lee have raised two fine sons to have a sense of community. Instead of moving away as so many of our young people do, they have opened a business here on the square in Dadeville. When I am traveling and tell people where I am from, they always say "Oh, that's where Wickles come from". The Sims family have truly 'put Dadeville on the map' all over the United States. Judy is very involved with their business and is often traveling to Atlanta to work at shows and helps them to run their office.

Lee is my attorney. When he is busy or out of the office, I know I can stop by any time and talk with Judy who will see that Lee gets the message. She always has time for any one who comes in, with or without an appointment. In my opinion, Lee's business would suffer without her involvement with his clientele.



EXHIBIT
G

Please consider what I have said.  Many people would be hurt by Judy's absence from our community for any period of time.  I have just given you a few examples of things to consider.  I have the utmost respect for Judy Sims and if I can provide you with any further information, please don't hesitate to contact me at 334-201-0905. Thank you so much.

Yours truly,

William B. Ponder