EXHIBITS                                                                                                          Page 1

UNITED STATES OF AMERICA

CR. NO. 06-0041

v.

JUDY ANN BANKS SIMS

| Exhibit # | Description | Witness | Admitted |
|---|---|---|---|
| 1 | U.S. Department of Labor Report of Interview dated 2/16/05 | Sims | YES |
| 2 | Professional Employee Leasing, Inc. Payroll Invoice | Sims | YES |
| 3 | Professional Employee Leasing Checking Account Review - Payments and Receipts for Benefit of Lee Sims dated January 2000 to July 2005 | Sims | YES |