IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO.: 3:06cr00041-MEF |
| | ) | |
| JUDY ANN BANKS SIMS | ) | |

## EXHIBIT LIST

| Exhibit No. | Description | Witness | Offered | Admitted |
|---|---|---|---|---|
| 1 | General information – pension plan | Sims | 3-14-07 | YES |
| 2 | M. Paul Turner & Co., Inc. letter – no deficiencies | Sims | 3-14-07 | YES |
| 3 | Affidavit of Mike Canan | Sims | 3-14-07 | YES |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1086834