| COURTS **EXHIBITS** CR NO. 3:06CR41-MEF | UNITED STATES OF AMERICA vs JUDY ANN BANKS SIMS |
|---|---|
| Sentencing Hearing 3/14/07 | PRESIDING JUDGE: MARK E. FULLER |
| **exhibits maintained in separate binder with court file** | Court Reporter: RISA ENTREKIN |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| 3/14/07 | | | 1 | | | Letters of support for Judy Sims |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |