IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 3:06CR41-MEF |
| | ) | |
| JUDY ANN BANKS SIMS | ) | Sentencing Hearing: - 3/14/07 |
| | | Before: Hon. Mark E. Fuller |

**WITNESS LIST**

GOVERNMENT                                          DEFENDANT

                                                                                    Larry Morris
                                                                                    Tim Davis
                                                                                    Dr. Ed Larson
                                                                                    Judy Ann Banks Sims